

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00548-CV

Thomas Michael **TOWNSEND,** Sr., TMT Management, LLC, and Townsend Mineral
Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## ORDER

The Appellant's Second Unopposed Motion to Extend Time to File Brief is hereby
GRANTED. Time is extended to March 18, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court